# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JAVON SANDERS,                                                    PLAINTIFF
ADC #103433
                              CASE NO. 5:17-CV-306-JLH-BD
V.

WENDY KELLEY, et al.                                            DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Sanders's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Sanders's claims are DISMISSED, with prejudice, based on his failure to state a constitutional claim. The Court further certifies that this dismissal constitute a "strike" under 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal of this dismissal would be frivolous.

IT IS SO ORDERED this 17th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE